THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THURMAN HARRELL, Appellant. — Motion for summary reversal denied, with leave to renew upon a showing that there are no alternative means to reconstruct a record for review upon appeal (see *People v Glass,* 43 NY2d 283; *People v Rivera,* 39 NY2d 519).